**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>JOSUE LOPEZ QUINTANA<br>DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-00499MJ |

Complaint for violation of Title 18, United States Code § 1001(a)(2)

### Count I - False Statement to Law Enforcement

On or about August 26, 2022, at or near Tucson, in the District of Arizona, defendant JOSUE LOPEZ QUINTANA did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, Department of Justice, Bureau of Alcohol, Tobacco, and Firearms (ATF), by falsely stating to an ATF agent that when he purchased a Sharps Bros MFG model Livewire, multi-caliber lower receiver bearing serial number L03296 on November 22, 2021, LOPEZ QUINTANA was the actual transferee/buyer of the lower receiver, when LOPEZ QUINTANA knew this was false and that he purchased the lower receiver for a third party. All in violation of Title 18, United States Code, Section 1001(a)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 25, 2022, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents responded to the scene of a mass killing in Tucson, Arizona that was investigated by the Tucson Police Department. ATF agents learned that Gavin Lee Stansell shot and killed three people before he killed himself. At the scene, investigators recovered a Sharps Bros MFG model Livewire, 5.56 NATO / .223 REM short-barreled rifle bearing serial number L03296 that was believed to have been used in the shooting.

On August 26, 2022, ATF completed a trace of the recovered short-barreled rifle and learned that the lower receiver of the firearm was originally purchased by JOSUE LOPEZ QUINTANA on November 22, 2021, from a Tucson Federal Firearms Licensee (FFL). When LOPEZ QUINTANA purchased the lower receiver from the FFL, he filled out ATF Form 4473, which, among other things, asked whether LOPEZ QUINTANA was "the actual transferee/buyer" of the lower receiver, as opposed to someone who was "acquiring" the lower receiver "on behalf of another person." LOPEZ QUINTANA checked the box "Yes," representing that he was the "actual transferee/buyer."

On August 26, 2022, ATF and Homeland Security Investigations (HSI) special agents located and interviewed LOPEZ QUINTANA. Agents discussed with LOPEZ QUINTANA that a lower receiver purchased by him in November (2021) was found at a crime scene. During the interview, LOPEZ QUINTANA falsely told the agents that he purchased the lower receiver to build an "AR" for himself. LOPEZ QUINTANA reported that he later sold the lower receiver to his friend "Gavin" in "April or May."

**CONT'D PAGE 2**

LOPEZ QUINTANA gave agents consent to review messages between Stansell and himself on LOPEZ QUINTANA's phone and to take a video of messages on his phone by scrolling down the screen on the phone. Agents observed a message from Stansell directing LOPEZ QUINTANA to purchase the lower receiver on Stansell's behalf before the date that LOPEZ QUINTANA purchased the lower receiver on November 22, 2021. After agents confronted LOPEZ QUINTANA with the message, he admitted to agents that he purchased the Sharps Bros MFG model Livewire, multi-caliber lower receiver, bearing serial number L03296, on behalf of Stansell. LOPEZ QUINTANA stated that Stansell sent him the link to purchase the lower receiver and LOPEZ QUINTANA bought the lower receiver online for Stansell. The lower receiver was shipped to the FFL in Tucson and LOPEZ QUINTANA picked it up from the FFL. LOPEZ QUINTANA gave the lower receiver to Stansell shortly after LOPEZ QUINTANA picked it up from the FFL. LOPEZ QUINTANA stated that Stansell told him that he needed LOPEZ QUINTANA to purchase the lower receiver for him because Stansell had an out-of-state identification card. LOPEZ QUINTANA bought the lower receiver with his own money and Stansell paid him back. On August 30, 2022, LOPEZ QUINTANA told agents that he lied to them to minimize his involvement.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
**COMPLAINT REVIEWED by JANE L. WESTBY, AUSA**
*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

JANE WESTBY — Digitally signed by JANE WESTBY, Date: 2022.09.15 13:45:20 -07'00'

**SIGNATURE OF COMPLAINANT**

**OFFICIAL TITLE & NAME:**
ATF Special Agent Nathan Skidmore

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE JUDGE**

**DATE**
September 15, 2022

See Federal rules of Criminal Procedure Rules 3 and 54

CC: AUSA, PTS, USM