**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Eric J. Markovich | **Date:** September 19, 2022 | **SEALED** |
| **USA v. Josue Lopez Quintana** | **Case Number:** 22-00499MJ-001-TUC-EJM | |

**Assistant U.S. Attorney:**   Jane Westby- assigned
**Attorney for Defendant:**   Jessica Murillo for Annamarie Valdivia, Asst. Federal Public Defender- appointed
**Defendant:**   ☒ Present  / Custody        **Interpreter:** N/A English

**INITIAL APPEARANCE**
☒  Complaint Filed                                                         **Date of Arrest:**  September 16, 2022
☒  Financial Affidavit taken
☒  Defendant states true name to be SAME.
    Further proceedings ORDERED in Defendant's true name.
**DETENTION HEARING:**         ☒   Held
PSA recommends: Release
Government position: no objection

☒  Court accepts recommendation by Pretrial Services and Orders defendant released on own recognizance.
☒  Defendant is advised on the record.  Order Setting Conditions of Release signed.
☒  Other: **PRELIMINARY HEARING** is waived.  The Magistrate case referral is Magistrate Judge Eric J. Markovich.  All filings in this case should reflect the following case number:  22-00499MJ-001-TUC-EJM. Under Criminal Rule 5(f), the government is ordered to comply with its disclosure obligations under Brady v. Maryland and related cases. Failure to do so may result in sanctions. AUSA Westby states she has filed motion to unseal the case, order not yet processed.

**Recorded By** Courtsmart                                                            **IA/DH/PH**   5 min
**Deputy Clerk** Allison Siquieros

                                                                                            **Start:  3:18 PM**
                                                                                            **Stop:   3:23 PM**

CC: AUSA Westby, FPD Valdivia, PTS, USM