# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-00499MJ-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Josue Lopez Quintana, | |
| Defendant. | |

The Court having considered the government's Motion to Unseal [Doc. 8], and good cause appearing,

**IT IS ORDERED** the Motion is GRANTED.

**IT IS FURTHER ORDERED** the Clerk's Office is directed to UNSEAL this case, including the Complaint, the Motion to Seal and the Order to Seal, and leave those documents that should not be included in a public case file or available via remote electronic access according to policy and procedure under seal.

Dated this 21st day of September, 2022.

Eric J. Markovich
United States Magistrate Judge