JON M. SANDS
Federal Public Defender
**ANNAMARIE L. VALDIVIA**
Assistant Federal Public Defender
Arizona Bar No. 026555
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
Email: annamarie_valdivia@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 4:22-mj-00499-TUC (EJM) |
|---|---|
| Plaintiff | MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | (1ST Request) |
| Josue Lopez Quintana, | |
| Defendant. | |

Mr. Josue Lopez Quintana asks that the Court modify his conditions of release to allow him to travel to Cancun, Mexico leaving for Hermosillo, Sonora on Monday, October 3, 2022, and returning to the United States on October 13, 2022.

Mr. Quintana will contact his pretrial services officer before traveling to Mexico and upon his return to the United States. He will also provide the addresses to his pretrial officer prior to leaving. He is aware that all other imposed conditions of pretrial release will remain unchanged and in effect. Defendant agrees to turn his passport back within 24 hours of his return from his travel.

Defense counsel contacted United States Pretrial Services officer, Sierra Cruce and she defers to the court at this time regarding the requested modification.

Defense counsel has informed Assistant United States Attorney, Jane Westby of the contents of this motion, and the government defers to Pretrial officers' positions and requests that Mr. Quintana maintains contact with our office during his travel for upcoming hearing date.

RESPECTFULLY SUBMITTED:       September 22, 2022.

JON M. SANDS
Federal Public Defender

*s/Annamarie L. Valdivia*
**ANNAMARIE L. VALDIVIA**
Assistant Federal Public Defender

Copies to all parties *via CM/ECF*.