**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Eric J. Markovich | **Date:** September 28, 2022 |
| **USA v. Josue Lopez Quintana** | **Case Number:** 22-00499MJ-001-TUC-EJM |

**Assistant U.S. Attorney:** Jane L. Westby
**Attorney for Defendant:** Greta Vietor for Annamarie Valdivia, Asst Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒  **Present / Released**

**MOTION HEARING re MOTION to Modify Conditions of Release [12]:**

The Court asks for further information regarding travel plans and asks for position of Government counsel and Pretrial Services.

Ms. Vietor states the family trip was planned months ago, and defendant is doing well on Pretrial Release.  The Court notes defendant has been released for just over a week. The Court shares concerns with defendant not yet having proven himself while on Pretrial Services release.

Government counsel responds. Ultimately, the Government does not object to release for reasons shared with the Court. The Government requests return of passport to Pretrial Services within twenty-four (24) hours of return. Pretrial Services defers to the Court for reasons explained; the assigned officer is not present for this hearing.

The Court reviews the charging documents and shares concerns.  Defense counsel shares trip plans as provided by Rosa Imelda Ramirez-Quintana, mother of defendant. The Court addresses mother with questions regarding travel plans.  The Court proposed 3rd party custodian conditions and $10,000.00 Personal Appearance Bond to be applied and asks Mrs. Ramirez-Quintana if she believes her son will remain in compliance. Discussion held.  The Court grants Motion to Modify Conditions of Release [12]. Defendant ordered to remain in compliance with conditions.  The Court issues amended conditions of release, implementing 3rd Party Custodian and Surety as Rosa Imelda Ramirez-Quintana. Pretrial Services will return passport to defendant for travel.  Defendant ordered to report to Pretrial Services on October 14, 2022; and return his passport back to their custody.  Defendant will submit to urinalysis test today and upon his return on October 14, 2022.  The Court sets Status Hearing on October 17, 2022, at 11:30 AM to review compliance and test results.

**Recorded By** Courtsmart                                                                                **Motion        32 min**
**Deputy Clerk** Allison Siquieros
                                                                                                                              **Start:  9:30 AM**
                                                                                                                              **Stop:  10:02 AM**