AZD PS 41 (AZD Rev. 12/12)

# UNITED STATES PRETRIAL SERVICES OFFICE
Evo A. DeConcini U.S. Courthouse
405 W. Congress
Suite 2600
Tucson, Arizona 85701-5020
(520) 205-4350

## PASSPORT RECEIPT

Josue Lopez Quintana
**Name on Passport**

Xxxxx0725
**Passport Number**

October 3, 2022
**Date Passport Returned to Defendant**

USA
**Country of Origin**

July 17, 2013
**Expiration Date**

_Josue Lopez_ (signature)
Josue Lopez Quintana
**Defendant's Signature**

_Gloria Lopez_ (signature)
Gloria Lopez
**Custodian's Signature**

**Purpose of Returning Passport:**
For travel – planned family trip

**Address (if mailed)**

**Date Passport must be surrendered:** October 14, 2022